IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| CHRISTOPHER SAMUEL PARNELL, | ) | Civil Action No. 4:13-cv-0435-JMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CAROLYN W. COLVIN, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on motion for entry of an order on payment of attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"). *See* 28 U.S.C. § 2412. The parties stipulated to payment of $4,538.40 as an award of attorney's fees and costs in the amount of $18.66. The Court has reviewed the motion and settlement agreement and finds the compromise settlement reasonable. Accordingly,

**IT IS ORDERED** that attorney's fees pursuant to the EAJA be granted in the amount of $4,538.40 in attorney's fees. EAJA fees awarded by this Court belong to the Plaintiff and are subject to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)). In the event Plaintiff has no present debt subject to offset and Plaintiff has executed a proper assignment to Plaintiff's counsel, Defendant is directed to make the payment due to Plaintiff's counsel. If Plaintiff has no debt subject to offset and no proper assignment has been made by Plaintiff to counsel, Defendant is directed to make the check due pursuant to this Order payable

to Plaintiff and delivered to Plaintiff's counsel.   Plaintiff shall also be paid $18.33 in costs from the Judgment Fund pursuant to 28 U.S.C. § 2412(a)(1).

*J. Michelle Childs*

J. Michelle Childs
United States District Judge

November 4, 2014